UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KYLA JOHNSON, ET AL. | CIVIL ACTION NO. 6:25-0471 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ONKAR SINGH, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, Plaintiffs' Motion to Remand (Rec. Doc. 8) is **GRANTED** and the request for attorney's fees is **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 17th day of July, 2025.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE